

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Escopeta Oil and Gas Corporation,      * From the 161st District Court
                                         of Ector County,
                                         Trial Court No. B-16-01-0041-CV.

Vs. No. 11-16-00197-CV               * April 4, 2017

F.S. Trucking, Inc.,                 * Per Curiam Memorandum Opinion
                                       (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has considered the parties' agreed motion to dismiss the appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.